# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-CR-00291-09-BCW |
| | ) | |
| PHILIP CHRIST, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. #262) denying Defendant Philip Christ's Motion to Dismiss the Indictment Due to Its Extreme Constitutional Deficiencies (Doc. #204).[1] After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #262), Defendant Philip Christ's Motion to Dismiss the Indictment Due to Its Extreme Constitutional Deficiencies (Doc. #204) is DENIED. It is further

ORDERED that Magistrate Judge Hays' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: <u>February 10, 2015</u>                    /s/ Brian C. Wimes
                                                  JUDGE BRIAN C. WIMES
                                                  UNITED STATES DISTRICT COURT

---

[1]    The underlying motion is actually contained within a larger pleading entitled Philip Christ's Motion to Dismiss the Indictment Due to Its Extreme Constitutional Deficiencies, or in the Alternative for the Extraordinary Relief of a Bill of Particulars, Motion for Severance, and Motion to Adopt and Join in Pretrial Motions Filed By Co-Defendants (Doc. #204). The instant Report and Recommendation only addresses his motion to dismiss the Indictment due to extreme constitutional deficiencies, so this is the only issue before the Court.